UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ERIC BROWN and JEANETTE BROWN, husband and wife,<br><br>      Plaintiffs,<br><br>  v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | No. C19-165 RSM<br><br>STIPULATED MOTION FOR LEAVE TO AMEND AND ORDER |

Pursuant to W.D.Wash. LCR 7(d)(1) and Fed. R. Civ. P. 15(a)(2), Plaintiffs Eric Brown and Jeanette Brown and Defendant stipulate to their agreement that Plaintiffs should be granted leave to amend the Complaint. The Proposed Amended Complaint differs from the Complaint in two respects: (1) the correction of several scrivener's errors, including properly naming the defendant, and (2) the addition of a claim for violations the Washington Insurance Fair Conduct Act (IFCA). The agreed Proposed First Amended Complaint is attached hereto. Ex. 1 (Proposed First Amended Complaint); Ex. 2 (Redline version).

Given the parties' stipulation, leave to amend should be granted.

STIP MOT. FOR LEAVE TO AMEND AND ORDER
(C19-165 RSM) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 25th day of April, 2019.

        KELLER ROHRBACK L.L.P.

        By:s/ *Nathan L. Nanfelt*
         William C. Smart, WSBA #8192
         Ian S. Birk, WSBA #31431
         Nathan.L. Nanfelt, WSBA #45273
         Attorneys for Plaintiffs

        By: *Nathan L. Nanfelt with email authority for:*
        Matthew S. Adams, WSBA #18820
        Galina Jakobson, WSBA #49501
        Forsberg & Umlauf, P.S.
        901 Fifth Avenue, Suite 1400
        Seattle, WA 98164
        *Attorneys for Defendant*

THE COURT having considered the parties' stipulation, the motion for leave to amend is HEREBY GRANTED.

DATED this 25th day of April 2019.

        [signature]
        RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE

STIP MOT. FOR LEAVE TO AMEND AND ORDER
(C19-165 RSM) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

STIP MOT. FOR LEAVE TO AMEND AND ORDER
(C19-165 RSM) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384