The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ERIC BROWN and JEANETTE BROWN,
husband and wife,

                                    Plaintiffs,

          v.

LIBERTY INSURANCE CORPORATION,

                                    Defendant.

No. 2:19-cv-00165-RSM

ORDER OF DISMISSAL WITH
PREJUDICE

THIS MATTER having come on before the above-entitled Court by stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DATED this 8 day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE